JAMES ABBOTT AND EUROTAS P. HASTINGS *versus* AUGUSTIN BERTHELET, IGNACE MORAS, CHARLES LARNED, AND MICHAEL L. KERLEY.

JOURNAL ENTRIES (1831–32): *Journal 4:* (1) Motion to take bill as confessed and for reference to master *p. 441; (2) bill taken as confessed, re-

ferred to master *p. 442; (3) continued *p. 485; (4) rule of reference extended *p. 494; (5) leave granted to amend *p. 501.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3–4) writs of subpoena and returns; (5) affidavit of William A. Fletcher; (6) master's report of amount due.

*Chancery Case* 134 of 1830.